UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** DeGiacomo v. Montoya et al          **Case/AP Number** 18-01019 **-FJB**
                                               **Chapter**

    #3 Expedited Motion filed by Plaintiff Mark G. DeGiacomo for Preliminary Injunction. (Horne, Jonathan)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. With respect to the Defendants Alma and Raymond Montoya, the parties filed an agreed to stipulation whereby the motion is allowed as amended from the earlier filed proposed form of preliminary injunction. See separate Preliminary Injunction.

As to the preliminary relief sought against Ross and Ryan Montoya, no objections were filed, thus the motion is allowed and Ross and Ryan Montoya are enjoined as described in the form of Preliminary Injunction issued of even date. See separate Preliminary Injunction.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____Dated: 02/20/2018
Frank J. Bailey
United States Bankruptcy Judge