UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>RMA STRATEGIC OPPORTUNITY FUND, LLC,<br>     Debtor. | CHAPTER 7<br>CASE NO. 17-13328-FJB |
| MARK G. DEGIACOMO, CHAPTER 7 TRUSTEE FOR THE ESTATE OF RMA STRATEGIC OPPORTUNITY FUND, LLC,<br><br>     Plaintiff,<br>v.<br><br>RAYMOND K. MONTOYA, ROSS P. MONTOYA, ALMA U. MONTOYA, RYAN J. MONTOYA, RESOURCE MANAGED ASSETS, LLC, RESEARCH MAGNATE ADVISORS, LLC and RMA GROUP, INC.,<br><br>     Defendants,<br><br>CENTURY BANK AND TRUST COMPANY and SANTANDER BANK, N.A.<br><br>     Trustee Process Defendants. | 18-01019-FJB |

## **PRELIMINARY INJUNCTION**

Upon consideration of the Plaintiff's Expedited Motion for Issuance of Preliminary Injunction filed by Mark G. DeGiacomo, the duly appointed Chapter 7 Trustee of the bankruptcy estate of RMA Strategic Opportunity Fund, LLC (the "Debtor") and plaintiff in the above captioned adversary proceeding (the "Trustee"), after notice, for cause shown, the Court determines that:

9005682v1

1.	The Trustee has a substantial likelihood of success on the merits of his claims against Ross P. Montoya and Ryan J. Montoya (together the "Individual Defendants").

2.	There is a risk that the Individual Defendants will transfer or otherwise dissipate their money and assets during the pendency of this proceeding.

3.	The balance of the hardships and public interest favor granting the relief provided for herein.

**IT IS HEREBY ORDERED AND DECREED THAT:**

1.	Each of the Individual Defendants and their agents, attorneys and/or representatives who receive notice of this injunction, are enjoined from conveying, transferring, assigning, pledging, encumbering, liquidating or dissipating any money, property or assets, except for ordinary, reasonable and necessary living expenses not to exceed $4,000 per month per Individual Defendant.

2.	This Order shall remain in full force and effect until such time as this Court specifically orders otherwise.

ENTERED in Boston, Massachusetts.

Dated: _____    _____
                                  The Honorable Frank J. Bailey    02/20/2018
                                  United States Bankruptcy Judge

9005682v1